IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BYRON JOSE VALLEJOS CENTENO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, et al. | : | NO. 26-7739 |

ORDER

AND NOW, this 14th day of October 2026, it is hereby ORDERED that the respondents shall show cause, on or before Monday, October 19, 2026, why the writ of habeas corpus should not be granted.

BY THE COURT:

/s/ Harvey Bartle III
J.